■ HYDI TORRES, as Parent and Natural Guardian of ALEXIS CRUZ, an Infant, Respondent, v LOCKPORT HOUSING AUTHORITY, Appellant. (Appeal No. 1.) [879 NYS2d 749]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered June 16, 2008 in a personal injury action. The order, insofar as appealed from, denied those parts of the motion of defendant to set aside the jury verdict on liability and to grant judgment notwithstanding the verdict.

ment of the Supreme Court, Niagara County (Frank Caruso, J.), entered August 21, 2008 in a personal injury action. The judgment awarded plaintiff money damages upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.